# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 18, 2014

_____

DOCKET CORRECTION NOTICE
_____

No.   13-2328,   K.A. Holdings Ltd. of New York v. Christopher Chagaris
                 3:09-cv-00487-MOC-DCK

TO:   Joseph R. Pellington

FILING CORRECTION DUE:  March 20, 2014

Please make the filing correction identified below by the date indicated.

[ ] Document was illegible, incomplete, or incorrect. Please correct as described and refile: [_____].

[ ] Incorrect filer selected. Please refile document, selecting correct filer.

[ ] PDF file is incompatible with CM/ECF. Please correct and refile the document.

[X] Brief is not text-searchable. Please refile brief as a text-searchable PDF.

[ ] The court will enter an appearance only for counsel who have registered for electronic filing. Please register at **www.ca4.uscourts.gov** and refile document.


Amy L. Carlheim, Deputy Clerk
804-916-2702